John BURDEN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14687.

United States Court of Appeals
Fifth Circuit.

Jan. 12, 1954.

Rehearing Denied Feb. 4, 1954.

John Burden, in pro. per.

Richard C. Baldwin, Asst. U. S. Atty.,
George R. Blue, U. S. Atty., New Orleans, La., for appellee.

Before HUTCHESON, Chief Judge,
and HOLMES and RIVES, Circuit Judges.

PER CURIAM.

Affirmed on authority of Beland v. U.
S., 5 Cir., 128 F.2d 795, 797; Gryger v.
Burke, 334 U.S., 728, 732, 68 S.Ct. 1256,
92 L.Ed. 1683, and cases there cited.

Bertrand J. CHAROULEAU,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14686.

United States Court of Appeals
Fifth Circuit.

Jan. 12, 1954.

Bertrand J. Charouleau, in pro. per.

Richard C. Baldwin, Asst. U. S. Atty.,
New Orleans, La., for appellee.

Before HUTCHESON, Chief Judge,
and HOLMES and RIVES, Circuit Judges.

PER CURIAM.

Affirmed on authority of Beland v. U.
S., 5 Cir., 128 F.2d 795, 797; Gryger v.
Burke, 334 U.S. 728, 732, 68 S.Ct. 1256,
92 L.Ed. 1683, and cases there cited.

Joseph R. CIANCHETTE et al.,
Appellants,

v.

Franklin G. HINCKLEY et al., Trustees,
et al., Appellees (two cases).

Joseph R. CIANCHETTE

v.

Franklin G. HINCKLEY et al.,
Trustees, et al.

Nos. 4789, 4791, 4794.

United States Court of Appeals
First Circuit.

Jan. 13, 1954.

C. Keefe Hurley, Boston, Mass. (Carl
H. Amon, Jr., Boston, Mass., Michael
Pilot, Bangor, Me., James A. Connellan,
Portland, Me., and Joseph B. Campbell,
Augusta, Me., on brief), for appellants.

Edmund P. Mahoney, Portland, Me.
(Barnett I. Shur, Portland, Me., on
brief), for Hinckley et al., Trustees, appellees.

Wilfred A. Hay, Portland, Me. (Mayo
S. Levenson, Portland, Me., on brief), for
Scarborough Downs and Robert A. Verrier, appellees.

Before MAGRUDER, Chief Judge, and
WOODBURY and HARTIGAN, Circuit
Judges.

PER CURIAM.

The orders of the District Court are
affirmed.